UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALDEN WELCH RUML,<br><br>Defendant. | Criminal No.   26cr10064<br><br>Violation:<br><br>Count One: Threats in Interstate Commerce<br>(18 U.S.C. § 875(c)) |

## INDICTMENT

At all times relevant to this Indictment:

### General Allegations

1. Defendant Alden Welch RUML ("RUML") was present in the District of Massachusetts.

2. The "Federal Official" was a high-ranking employee in the United States government.

3. Person 1 had a personal relationship with the Federal Official. Person 1 was not present in Massachusetts.

### The Interstate Threat

4. On or about February 28, 2026, RUML sent an email to Person 1. Person 1 received the email while in another state. The text of the email stated as follows:

> *Do you know how happy I'll be when your c\*\*\* a\*\* face is canoed by an assault rifle?*
> *Tick tock bitch. Watch your back.*
> 😈 😈 😈 😈

1

COUNT ONE
Transmitting in Interstate Commerce a Threat to Injure Another
(18 U.S.C. § 875(c))

The Grand Jury charges:

    5.    The Grand Jury re-alleges and incorporates by reference paragraphs 1-4 of this Indictment.

    6.    On or about February 28, 2026, in the District of Massachusetts and elsewhere, the defendant,

ALDEN WELCH RUML

knowingly and willfully did transmit in interstate commerce a communication containing a threat to injure the person of another.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

████████████

FOREPERSON

*/s/ Christopher Looney*

CHRISTOPHER LOONEY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: March 12, 2026
Returned into the District Court by the Grand Jurors and filed.

*Aaron Hutchins*
DEPUTY CLERK