IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ALDEN WELCH RUML,

    Defendant

Case No.: 26-cr-10064

GOVERNMENT'S MOTION TO UNSEAL THE INDICTMENT

The Government requests that this Court direct that the indictment be unsealed. In support of this motion, the Government states that the defendant was arrested on March 13, 2026, and that there is no further reason to keep the indictment secret.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: *Christopher Looney*
    Christopher Looney
    Assistant U.S. Attorney

Date:  March 12, 2026