IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ALDEN WELCH RUML,

Defendant.

Criminal No.: 26-cr-10064-NMG

**STATUS REPORT AND**
**MOTION FOR ORDER OF EXCLUDABLE DELAY**

Pursuant to Local Rule 116.5(b) and 116.5(d), the parties hereby file the following joint status report prepared in connection with the status conference scheduled for September 1, 2026.

1) Automatic Discovery / Additional Discovery / Discovery Requests

The government provided automatic discovery to the defendant on March 20, 2026 and produced additional discovery on April 7, June 8, and June 16. The government has now produced all discovery that it intends to produce. No discovery requests have been made by the defendant.

2) Pretrial Motions

The defendant has not filed any pretrial motions under Fed. R. Crim. P. 12(b). The defendant reserves the right to file such a motion or motions after additional review of the discovery.

3) Expert Discovery

The parties agree that deadlines for expert disclosures should be established at a later conference.

4) Defenses of Insanity, Public Authority, or Alibi

The defendant presently does not intend to assert a defense of insanity, public authority, or alibi.

5) Speedy Trial Act

All time has been excluded under the Speedy Trial Act from the date of the defendants' arraignment through September 1, 2026. The parties request that the time be excluded from September 1, 2026 until the date of the next hearing in this matter.

6) Status of Plea Discussions and Likelihood of Trial

The parties have had a preliminary discussion regarding a plea disposition. At this time, it is uncertain whether a trial is likely in this case. If necessary, a trial would require approximately one week.

7) Next Status Conference

Given all of the foregoing information, the parties request that the status conference, scheduled for September 1, 2026, be canceled and that the Court issue an order transferring the case to the district judge.

| | |
|---|---|
| ALDEN RUML<br><br>By his attorneys,<br><br>*/s/ Daniel N. Marx*<br>Daniel N. Marx<br>William W. Fick<br>Fick & Marx LLP<br>24 Federal Street, 4th Floor<br>Boston, MA 02110<br>857-321-8360 | LEAH B. FOLEY<br>United States Attorney<br><br>*/s/ Christopher Looney*<br>Christopher Looney<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>John Joseph Moakley U.S. Courthouse<br>Boston, MA 02210<br>(617) 748-3100 |

Dated: August 25, 2026

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I caused this document to be filed through the ECF system on August 25, 2026.

*/s/ Christopher Looney*
CHRISTOPHER LOONEY